# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                          No. 4:21-cr-284-DPM-3

BENJAMIN TAYLOR                                               DEFENDANT

## ORDER

1. After conferring with counsel, Benjamin Taylor consented to a plea hearing before Magistrate Judge Beth Deere. On *de novo* review, the Court adopts her recommendation, *Doc. 201*. No objections were filed and the time to do so has passed.

2. From July 2019 through August 2021 in the Eastern District of Arkansas, Taylor voluntarily and intentionally conspired with others to distribute and possess with intent to distribute more than 500 grams of methamphetamine, as charged in count 1 of the Superseding Indictment, and more that 400 grams of fentanyl, as charged in count 2 of the Superseding Indictment. He made a knowing and voluntary choice to plead guilty under the terms of her proposed plea agreement. The Court has reviewed and accepts that agreement. Fed. R. Crim. P. 11(c)(3)(A).

3. The Court accepts Taylor's guilty plea and convicts him of the offenses. The United States' oral motion to dismiss is granted. Counts 7 and 12 of the Superseding Indictment, and the original Indictment, are dismissed without prejudice as to Taylor.

4. A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 April 2023